PROB 35  
(Rev. 3/95)

Report and Order Terminating Probation  
Prior to Original Expiration Date

# United States District Court

## FOR THE

## WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

        v.                          Crim No.    1:10CR-00027-005-M

BILLY PROFFITT

     On December 22, 2011, the above named individual was placed on probation for 24 months (supervision effected December 22, 2011). The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

                                           Respectfully submitted,

                                           Christopher L. Deglow  
                                           U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

                                           Joseph H. McKinley, Jr., Chief Judge  
                                              United States District Court

                                                      January 16, 2013

cc: Christopher L. Deglow, U.S. Probation Officer  
    Mr. Thomas Dyke, AUSA  
    Mr. James Deckard, Defense Counsel